### 19548.   HARRIS *v.* THE STATE.

BROYLES, C. J.   The accused was convicted of selling whisky. The evidence showed a confession by the defendant that she had sold whisky, but the confession was not corroborated by any other evidence. "A confession alone, uncorroborated by other evidence, will not justify a conviction." Penal Code (1910), § 1031. It follows that the verdict was unauthorized by the evidence, and that the refusal to grant a new trial was error.      *Judgment reversed. Luke and Bloodworth, JJ., concur.*

DECIDED APRIL 9, 1929.

*F. W. Gilbert,* for plaintiff in error.
*Charles H. Calhoun, solicitor,* contra.